UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BARBARA J. ARNOLD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:05-cv-284-RLY-WTL |
| | ) | |
| JO ANNE B. BARNHART, Commissioner of the Social Security Administration, | ) ) | |
| | ) | |
| Defendant. | ) | |

## J U D G M E N T

Judgment is hereby entered **REVERSING** the Commissioner's decision denying the plaintiff's claim for disability benefits and **REMANDING** this case to the Commissioner for reconsideration consistent with the court's Entry of this date. This is a judgment pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**SO ORDERED** this 31st day of March 2006.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

Electronic Copies to:

Thomas E. Kieper
Assistant United States Attorney
tom.kieper@usdoj.gov

Patrick H. Mulvany
Attorney for plaintiff
mulvany@onet.net